# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 20-5012-01-CR-SW-MDH |
| Plaintiff, | **COUNT 1**<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>NMT 20 Years Imprisonment<br>NMT $1,000,000 Fine<br>NLT 3 Years Supervised Release<br>Class C Felony |
| v. | |
| **JAMES G. WILSON**,<br>[DOB: 08-12-1989], | |
| Defendant. | **COUNT 2**<br>18 U.S.C. § 924(c)(1)(A)<br>NLT 5 Years Imprisonment Mandatory<br>NMT Life Imprisonment<br>Consecutive Sentence to All Counts<br>NMT $250,000 Fine<br>NMT 5 Years Supervised Release<br>Class A Felony |
| | **COUNT 3**<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| | ALLEGATION OF FORFEITURE |
| | $100 Mandatory Special Assessment Each Count |

## **I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about July 24, 2019, in Jasper and Newton Counties, in the Western District of Missouri, the defendant, **JAMES G. WILSON**, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 2

On or about July 24, 2019, in Jasper and Newton Counties, in the Western District of Missouri, the defendant, **JAMES G. WILSON**, knowingly possessed a firearm, that is a Hi-Point brand, CF380 model, .380-caliber pistol, bearing serial number P8082955, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession, with intent to distribute, a mixture or substance containing a detectable amount of methamphetamine, as alleged in Count 1. All in violation of Title 18, United States Code Section 924(c)(1)(A).

## COUNT 3

On or about July 24, 2019, in Jasper and Newton Counties, in the Western District of Missouri, the defendant, **JAMES G. WILSON**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Hi-Point brand, CF380 model, .380-caliber pistol, bearing serial number P8082955; and the firearm was in and affecting interstate commerce. All in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 2 and 3 of this Indictment are re-alleged and incorporated by reference as though set forth fully here in for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d); Title 26, United States Code, Section 5872; Title 49, United States Code, Section 80303; and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses set forth in Counts 2 and 3 of this Indictment, the defendant shall forfeit to the United States any firearms and ammunition involved or used in the commission of the offenses, including, but not limited to, a Hi-Point brand, CF380 model, .380-caliber pistol, bearing serial number P8082955.

All pursuant to 18 U.S.C. § 924(d); 26 U.S.C. § 5872; 49 U.S.C. § 80303; and 28 U.S.C. § 2461(c).

**A TRUE BILL.**

*/s/ Kevin Elliott*
**FOREPERSON OF THE GRAND JURY**

*/s/ Anthony Brown*
**ANTHONY M. BROWN**
Special Assistant United States Attorney
MO Bar #62504

Dated: 06/09/2020
Springfield, Missouri